MARY A. SPERTI, as Administratrix of the Estate of FRANK SPERTI, Deceased, Respondent, *v.* CITY OF NIAGARA FALLS, Appellant.

Argued September 27, 1939; decided October 17, 1939.

*J. William O'Brien, Corporation Counsel (John F. McNulty* of counsel), for appellant.

*Francis T. Findlay* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, unless appellant withdraws its appeal within ten days and pays all costs to date. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.